```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

JOHN WILEY & SONS, INC.,         :

                 Plaintiff,      :

       -against-                 :     12 Civ. 0540 (LTS)

JOHN DOE NOS. 1-35,              :

                 Defendants.     :

- - - - - - - - - - - - - - - - x
```



ORDER AUTHORIZING THE ISSUANCE
OF SUBPOENAS ON CERTAIN INTERNET SERVICE
PROVIDERS TO DETERMINE THE IDENTITY OF DEFENDANTS

Upon the application of plaintiff John Wiley & Sons, Inc., for an order pursuant to Rule 26(d) of the Federal Rules of Civil Procedure allowing service of subpoenas on the following Internet Service Providers: Black Oak Computers, Inc.; Earthlink, Inc.; Niagara Mohawk Power Corp.; Inoc LLC; Mediacom Communications Corp.; Frontier Communications of America, Inc.; Giglinx, Inc.; Primelink, Inc.; CSC Holdings, LLC (Optimum Online® and Optimum WiFi®); Roadrunner Holdco LLC; Verizon Online LLC; and Comcast, Inc. to ascertain the identity and location of defendants John Doe Nos. 1-35, and good cause for that relief appearing, it is hereby

ORDERED, pursuant to Rule 26(d) of the Federal Rules of Civil Procedure, that plaintiff may serve the annexed subpoenas on the ISPs, and that the ISPs are directed to disclose the requested information pursuant to 47 U.S.C. § 551(c)(2)(B).

Dated:  New York, New York
        January 30, 2012

_____
U.S.D.J.